```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GLORIA E. JONES-KHAN,

                 Plaintiff,
                                              ORDER
       -against-                              13-CV-7144(JS)(GRB)

WESTBURY BOARD OF EDUCATION -
WESTBURY UNION FREE SCHOOL,
DISTRICT, and DAVID ZIMBLER,

                 Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Chauncey D. Henry, Esq.
                    Henry Law
                    825 E. Gate Blvd., Suite 106
                    Garden City, NY 11530

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Plaintiff Gloria E. Jones-Khan ("Plaintiff") commenced the instant employment discrimination and retaliation action against the Westbury Board of Education-Westbury Union Free School District, and David Zimbler (together, "Defendants"), pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII"), the Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 ("ADEA"), and New York Executive Law § 296 ("N.Y. Human Rights Law"). Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action

without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward copies of the Summonses, Complaint, and this Order to the United States Marshal Service for service upon the Defendants without prepayment of fees forthwith.

SO ORDERED.

/s/ JOANNA SEYBERT<br>Joanna Seybert, U.S.D.J.

Dated: February __7__, 2014
       Central Islip, New York